DOCKET NUMBER: CV 00-1248 (NGG)

CRIMINAL CAUSE FOR STATUS CONFERENCE

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

BEFORE JUDGE: GARAUFIS   DATE: DECEMBER 21, 2007   TIME IN COURT ____ HRS __ MINS

12:00 PM

1. DEFENDANT: STEVEN MARK COHEN

X   Present            Not Present            Custody  X        Not Custody

DEFENSE COUNSEL: SUSAN KELLMAN
    Federal Defender         CJA   X          RETAINED

2. DEFENDANT:

 PRESENT/C

DEFENSE COUNSEL:

3. DEFENDANT:

 PRESENT/

DEFENSE COUNSEL:

A.U.S.A.: SUZANNE MCDERMOTT

COURT REPORTER OR ESR OPERATOR: _____

INTERPRETER:_____ LANGUAGE:_____

- ☐ Change of Plea Hearing (~Util-Plea Entered)
- ☐ Curcio Hearing
- ☐ Pre Trial Conference
- X Violation
- ☐ Status Conference
- ☐ Telephone Conference
- ☐ Voir Dire Begun
- ☐ Jury Trial Death Penalty
- ☐ Revocation of Probation contested
- ☐ Sentencing
- ☐ Motion
- ☐ Revocation of Supervised Release evidentiary
- ☐ Revocation of Supervised Release non-evidentiary
- ☐ Voir Dire Held   ☐ Jury selection   ☐ Jury trial
- ☐ Sentence enhancement Phase   ☐ Bench Trial Begun

Speedy Trial Start:    Speedy Trial Stop:    CODE TYPE:

Do these minutes contain ruling(s) on motion(s)? ☐ YES   X NO

TEXT: The defendant's application for [reconsideration] the [previously] [granted] [continuance] [payment] on [December] 30, 2007 is granted. [Judgment] The Judgment was [previously] [signed] with respect to the [December] 30, 2007 sentencing. The defendant sentenced on December 21, 2007. See Judgment