# United States District Court
## for the
## Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 04 2008 ★

LONG ISLAND OFFICE

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Steven Mark Cohen**                              Case Number **00-CR-1248**

Name of Sentencing Judicial Officer: **The Honorable Nicholas G. Garaufis**

Date of Original Sentence: **March 30, 2005**

Original Offense: **18 U.S.C. 371; Conspiracy to Commit Securities, Mail and Wire Fraud, a Class D Felony and 15 U.S.C. 78j(b) and 78(ff); Securities Fraud, a Class C Felony**.

Original Sentence: **Time Served, three years Supervised Release and a $200 Special Assessment Fee. The special conditions imposed at sentencing included participation in substance abuse treatment as selected by the Probation Department, restitution in the amount of $78,489,233.25 to be paid at a rate of 10% of his gross monthly income and provide full financial disclosure to the Probation Department. On December 21, 2008, the offender was sentenced on a violation of supervised release to 23 months supervised release with the special condition of the first six months on home confinement. On October 21, 1008, the offender again pled guilty to a violation of supervised release, and was sentenced to time served. His supervised release term was restored with the special condition that he serve the remaining time on home confinement.**

Type of Supervision: **Supervised Release**         Date Supervision Commenced: **March 30, 2005**

Assistant U.S. Attorney: **Steven Frank, Esq.**  Defense Attorney: **Robert Zuflacht, Esq.**

---

### PETITIONING THE COURT

☐ To issue a warrant, AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | Illegal drug use |
| 2. | Failure to abide by special condition for home confinement |



U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ Revoked

    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty that the foregoing is true and correct.

                                          Respectfully submitted by:

                                          Clare T. Kennedy  
                                          Sr. U.S. Probation Officer  
                                          Date: November 18, 2008

                                          Approved by:

                                          Andrew S. Bobbe  
                                          Acting Chief U.S. Probation Officer  
                                          Date: November 18, 2008

THE COURT ORDERS:

☐ No Action

☐ The Issuance of a Warrant, AND ADDITIONALLY ORDERS THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

☒ The Issuance of a Summons.

☐ Other

                                            s/Nicholas G. Garaufis  
                                            Signature of Judicial Officer

                                            11/26/08  
                                            Date